```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 13024
   ANGEL VASQUEZ
   CELESTE VASQUEZ                                  CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6459      SSN XXX-XX-9483


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/22/2008 and was not confirmed.

     The case was dismissed without confirmation 08/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
MELISSA MARTINEZ           CURRENT MORTG        .00         .00            .00
MELISSA MARTINEZ           UNSECURED      NOT FILED         .00            .00
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC       .00          .00            .00
POPULAR MORTGAGE SERVICI   CURRENT MORTG       .00          .00            .00
POPULAR MORTGAGE SERVICI   UNSECURED     NOT FILED          .00            .00
POPULAR MORTGAGE SERVICI   MORTGAGE ARRE  40000.00          .00            .00
POPULAR MORTGAGE           NOTICE ONLY   NOT FILED          .00            .00
POPULAR MORTGAGE           NOTICE ONLY   NOT FILED          .00            .00
WACHOVIA MORTGAGE          CURRENT MORTG       .00          .00            .00
APPLIED CARD BANK          UNSECURED     NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED          .00            .00
AT & T                     NOTICE ONLY   NOT FILED          .00            .00
ECAST SETTLEMENT           UNSECURED        537.43          .00            .00
EMERGENCY CARE PHY SERVI   UNSECURED     NOT FILED          .00            .00
EMERGENCY MEDICAL          NOTICE ONLY   NOT FILED          .00            .00
FLORIDA EMERGENCY PHYSIC   UNSECURED     NOT FILED          .00            .00
GOLD KEY CREDIT            NOTICE ONLY   NOT FILED          .00            .00
FLORIDA HOSPITAL           UNSECURED     NOT FILED          .00            .00
NORTH AMERICAN CREDIT SE   NOTICE ONLY   NOT FILED          .00            .00
HOUSEHOLD CREDIT SERVICE   UNSECURED     NOT FILED          .00            .00
ILLINOIS MASONIC MEDICAL   UNSECURED     NOT FILED          .00            .00
ILLINOIS MASONIC PEDIATR   NOTICE ONLY   NOT FILED          .00            .00
KCA FINANCIAL SERVICES     UNSECURED     NOT FILED          .00            .00
MARLIN INTEGRATED          UNSECURED     NOT FILED          .00            .00
NISSAN INFINITI            UNSECURED     NOT FILED          .00            .00
NISSAN INFINITI            NOTICE ONLY   NOT FILED          .00            .00
NORTH SHORE ANESTHESIOLO   UNSECURED     NOT FILED          .00            .00
NORTHSIDE ANESTHESIA       NOTICE ONLY   NOT FILED          .00            .00
NORTHSHORE ORTHOPEDICS     UNSECURED     NOT FILED          .00            .00
AMOR SYSTEMS CORP          NOTICE ONLY   NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       1579.74          .00            .00
SWEDISH COVENANT HOSPITA   UNSECURED     NOT FILED          .00            .00
SWEDISH COVENANT HOSPITA   NOTICE ONLY   NOT FILED          .00            .00
THE JUDICIAL SALES CORP    NOTICE ONLY   NOT FILED          .00            .00
NISSAN MOTOR ACCEPTANCE    SECURED NOT I       .00          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 13024 ANGEL VASQUEZ & CELESTE VASQUEZ
```

```
WACHOVIA MORTGAGE        SECURED NOT I    4058.69              .00              .00
PETER FRANCIS GERACI     DEBTOR ATTY          .00                               .00
TOM VAUGHN               TRUSTEE                                                .00
DEBTOR REFUND            REFUND                                                 .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                         .00                    .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/19/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE